AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-10794 |
| CAROLINE ELLISON and ZIXIAO "GARY" WANG | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the SECURITIES AND EXCHANGE COMMISSION.

Date: 12/21/2022

*/s/ Amy Harman Burkart*
*Attorney's signature*

Amy Harman Burkart (AH2765)
*Printed name and bar number*
Division of Enforcement
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor, Boston, MA 02110
*Address*

burkarta@sec.gov
*E-mail address*

(617) 573-5905
*Telephone number*

(617) 573-4590
*FAX number*