AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-10794 |
| CAROLINE ELLISON and ZIXIAO "GARY" WANG | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the SECURITIES AND EXCHANGE COMMISSION.

Date:    12/21/2022

/s/David J. D'Addio
*Attorney's signature*

David J. D'Addio, 4472882
*Printed name and bar number*
Division of Enforcement
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110-1424

*Address*

daddiod@sec.gov
*E-mail address*

6175734526
*Telephone number*

6175734590
*FAX number*